**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC HILDEBRANDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIPARADIGM LLC; HEALTH LYNKS, LLC; MOHAMMED KHAN; AZIZ SAAD; JOHN and JANE DOES 1-10; and ABC CORPS. 1-10,<br><br>Defendants. | Civil Action No. 23-21835<br><br>**ORDER** |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court by way of Defendants Health Lynks, LLC ("Health Lynks"), siParadigm Diagnostics Informatics ("Siparadigm"), Mohammed Khan ("Khan") and Aziz Saad's ("Saad") (hereinafter, collectively, "Defendants") motion to dismiss Plaintiffs' First Amended Complaint (ECF 20, "FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF 21-1, "Defs. Br.") and this Court having considered the parties submissions, and for the reasons stated in the accompanying Opinion

**IT IS** on this 30th day of **December 2024**, hereby:

1. **ORDERED** that Defendant Mohammed Khan is **DISMISSED** from this action; and it is

2. **ORDERED** that Defendants' 12(b)(6) Motion to Dismiss (ECF 21) is **GRANTED** and Counts One through Five of the FAC are **DISMISSED without prejudice**; and it is finally

3. **ORDERED** that Plaintiff shall have thirty (30) days within which to file an Amended Complaint. Should the Amended Complaint fail to overcome the deficiencies discussed in this Court's Opinion dated December 30, 2024, a successful motion to dismiss shall be granted with prejudice.

>  */s Jamel K. Semper*
>  **HON. JAMEL K. SEMPER**
>  **UNITED STATES DISTRICT JUDGE**