# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC HILDEBRANDT et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIPARADIGM DIAGNOSTICS INFORMATICS et al.,<br><br>*Defendants.* | Case No.: 2:23-cv-21835-JKS-LDW |
| ERIC HILDEBRANDT et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIPARADIGM DIAGNOSTICS INFORMATICS et al.,<br><br>*Defendants.* | Case No.: 2:24-cv-00265-JKS-LDW |

## ORDER

In reviewing the above cases, the Court has determined that in the interests of efficiency and judicial economy, and pursuant to Federal Rule of Civil Procedure 42, the cases listed above shall be consolidated. Therefore, it is

**ORDERED** that 2:23-cv-21835 shall be reopened, and all future filings shall be filed into 2:23-cv-21835; and it is further

**ORDERED** that Plaintiffs shall file a single, consolidated amended complaint in 2:23-cv-21835 by March 28, 2025; and it is further

**ORDERED** that 2:24-cv-00265-JKS-LDW shall be **CLOSED** by the Clerk of Court.

**SO ORDERED.**

                                                                     */s/ Jamel K. Semper*
                                                                     **HON. JAMEL K. SEMPER**
                                                                     **United States District Judge**

Date: March 11, 2025

Orig:   Clerk
cc:     Leda D. Wettre, U.S.M.J.
        Parties