

JOSEPH P. FITENI
Direct Dial 973.200.6389
jfiteni@dmklawgroup.com

February 5, 2026

**VIA ECF**

Hon. Jamel K. Semper, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      ***RE:***    ***Eric Hildebrandt, et al. v. Health Lynks, LLC, et al.***
             **D.N.J. Case No. 2:23-cv-21835-JKS-LDW**

Dear Judge Semper and Magistrate Judge Wettre:

      This office represents Defendants Health Lynks, LLC, siParadigm Diagnostics Informatics and Aziz Saad (hereinafter, collectively, "Defendants"). On December 31, 2025, the Court entered and Order (ECF No. 61) and Opinion (ECF No. 60) dismissing the Plaintiffs' Consolidated Complaint (ECF No. 43), without prejudice. The Order and Opinion provide Plaintiffs 30 days from the entry of the Order to file an amended complaint, and further provide that if no amended pleading is filed within that time, the action will be dismissed with prejudice.

      The 30-day period expired on Friday January 30, 2026, with no amended pleading or other action taken by Plaintiffs.[1] Accordingly, Defendants respectfully submit that an Order should be entered dismissing Plaintiffs' Consolidated Complaint with prejudice.

---

[1] On January 29th, one day prior to the filing deadline, Tyrone Blackburn, Esq., contacted the undersigned and requested Defendants' consent to a proposed 14-day extension of time to file the Amended Complaint. Defendants indicated difficulty responding, as Mr. Blackburn had previously represented to the Court that he was taking a "leave of absence" from the practice of law and securing new representation for all of his clients – indeed, that representation is specifically referenced, if not relied upon in the Court's Opinion of December 31, 2025. Counsel did not respond as to this issue and did not take any action to seek an extension from the Court.

163 Madison Avenue, Suite 320
Morristown, NJ 07960
Tel: 973.200.6400
Fax: 973.200.6401
dmklawgroup.com

48 Wall Street, 11th Floor
New York, New York 10005
Tel: 212.537.9125
Fax: 212.537.9198
dmklawgroup.com



DONNELLY MINTER & KELLY, LLC

February 5, 2026
Page 2

We thank Your Honors for the Court's consideration of this matter.

Respectfully submitted,

*/s/ Joseph P. Fiteni*

JOSEPH P. FITENI

cc:    Tyrone Blackburn, Esq.
       (via ECF)