# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____

MEMBER OF
NY & NJ BAR
_____

FEDERAL MEMBERSHIP
WDNY, NDNY, EDNY, SDNY, ILND &
DNJ
_____

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

February 5, 2026

**Via ECF**
Hon. Jamel K. Semper, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        Re: Eric Hildebrandt, et al. v. Health Lynks, LLC, et al.
        D.N.J. Case No. 2:23-cv-21835-JKS-LDW

Dear Judge Semper and Magistrate Judge Wettre:

      I write in response to Defendants' February 5, 2026, letter requesting dismissal with prejudice based on the 30-day deadline in the Court's December 31, 2025, Order and Opinion.

      On or about January 29, 2026, I emailed defense counsel to advise that I had recently undergone a medical procedure[1], that my recovery was slow and difficult, and to request a brief, 14-day extension to file the amended complaint in this matter and to extend the motion cycle in an adjacent *Osso v. siParadigm* matter that is currently pending in NJ State court.

      Counsel responded that he would confer with his client but did not indicate he opposed the extension or that he intended to seek dismissal; instead, he remained silent and then filed his letter seeking dismissal with prejudice.

      This is particularly troubling given that I have previously granted Defendants multiple extensions and other courtesies in this case and in the related *Osso* matter in New Jersey Superior Court. Under these circumstances, Defendants' refusal to respond to my good-faith extension

---

[1] I had a second medical procedure on 2/3/2026. I am currently attending after-care therapy sessions, and I am on several narcotics and antibiotics to aid in my recovery.

 347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com

request and their decision to seek dismissal[2] instead reflects a lack of good faith and unfairly attempts to capitalize on my documented medical issues.

      I respectfully request that the Court deny Defendants' request for dismissal with prejudice and grant Plaintiffs a 14-day extension, nunc pro tunc, to file the amended complaint.

Respectfully Submitted,

Tyrone A. Blackburn, Esq.

Cc: All counsel of record.

---

[2] What is even more appalling is the fact that Defendants counsel failed to mention the fact that I reached out to him and made the request for an extension.

 Gmail                                     Tyrone Blackburn <tblackburn@tablackburnlaw.com>

## Consent for brief Adjournment

**Tyrone Blackburn** <tblackburn@tablackburnlaw.com>                            Thu, Feb 5, 2026 at 12:20 PM
To: Joseph Fiteni <jfiteni@dmklawgroup.com>
Cc: Jason Meisner <jmeisner@dmklawgroup.com>

Counsel,

It is very deceitful of you to write the Court and request a dismissal after I reached out to you and asked for an extension due to difficulties I am experiencing as a result of a medical procedure. For your information, I had to have a second procedure on 2/3/2026. After I gave you multiple extensions for various non-sensical reasons, you turn around and do this? Remember God does not sleep, and what goes around comes around.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

_____
_____

Please note that using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the

law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based on the limited facts presented to this firm.

> On Thu, Jan 29, 2026 at 12:15 PM Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:
>> Counsel,
>>
>> In light of the fact that I have granted you numerous extensions to file answers, and it documents in both of these cases, I think I would be a showing of good faith to grant a request for this limited extension in light of the circumstances. It would be a waste of judicial resources to have to deal with unnecessary motion practice concerning a limited request to extend time.
>>
>> On Thursday, January 29, 2026, Joseph Fiteni <jfiteni@dmklawgroup.com> wrote:
>>> Tyrone-
>>>
>>> It is difficult to know how to respond to this inquiry. You represented to several courts that you were taking a "leave of absence" from the practice of law and transitioning to new representation for "all of your clients", specifically identifying the federal court action against Health Lynks / siParadigm as one in which new counsel would appear (and indeed, that representation is specifically referenced in the Court's last order & opinion). Accordingly, it is unclear if you are making this request on your own behalf or on behalf of successor counsel. Nevertheless, I will confer with my client, but may not have a response for you before the return date and deadline at issue given the last-minute request.
>>>
>>> Regards,
>>>
>>> Joe Fiteni
>>>
>>>
>>> Joseph P. Fiteni
>>>
>>> Donnelly Minter & Kelly, LLC
>>>
>>> 163 Madison Avenue, Suite 320
>>>
>>> Morristown, New Jersey 07960
>>>
>>> P 973.200.6389
>>>
>>> jfiteni@dmklawgroup.com
>>>
>>> www.dmklawgroup.com
>>>
>>> 

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Thursday, January 29, 2026 1:42 PM
**To:** Joseph Fiteni <jfiteni@dmklawgroup.com>
**Subject:** Consent for brief Adjournment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

I recently had a medical procedure and the recovery process has been slow and difficult. I need to adjourn the return date for the motion to dismiss the Osso matter by one motion calendar date. I also would need a 14 day extension to file the amended complaint in the federal siParadigm action.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.

--
Tyrone A. Blackburn, Esq.

T. A. Blackburn Law, PLLC.
Office: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
Web: www.tablackburnlaw.com

The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.