# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____
MEMBER OF
NY & NJ BAR
_____
FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ
_____
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 13, 2026

VIA ECF
Jamel K. Semper, USDJ
Leda D. Wettre, USMJ
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Hildebrandt, et al. v. siParadigm LLC, et al.
Civil Action No. 2:23-cv-21835-JKS-LDW

Dear Judge, Semper:

    I write on behalf of Plaintiffs to respectfully request leave to file the enclosed Third Amended Civil Complaint and a brief extension of the January 30, 2026, deadline to deem it timely filed.

    I was aware that the Court's December 31, 2025, Order required an amended complaint to be filed by January 30, 2026. In the week before that deadline, however, I underwent two invasive medical procedures on January 23, 2026, followed by a third on February 3, 2026. Because of those procedures and their immediate after-effects, I could not complete and file the Third Amended Complaint by January 30[1].

    Before the deadline, I contacted defense counsel, explained that I had undergone a medical procedure, and asked for his consent to a 14-day extension to file. He indicated he would get back to me but did not do so; instead, on February 5, 2026, he submitted a letter requesting that the Court dismiss the case as untimely.

    Allowing this short, medically necessary extension will not prejudice Defendants. They have long been on notice of the core claims, no discovery schedule is presently in place, and they will retain a full opportunity to respond to the Third Amended Complaint through motion practice or an answer.

    The proposed Third Amended Complaint has been drafted to comply with the Court's December 31, 2025, Opinion and Order. It streamlines and clarifies the allegations, specifies the statutes and theories asserted for each plaintiff, removes AI-generated and erroneous citations, corrects the internal inconsistencies and withdrawn claims identified by the Court, and addresses the categories of arguments raised in Defendants' May 2, 2025, motion.

---

[1] I was on several narcotics, antibiotics and other painkillers which had a detrimental impact on me. I can provide the court with my medical records upon request.



347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com



# T. A. Blackburn Law

  I also wish to confirm that I will continue as counsel in this matter. The health challenges described in my December 3, 2025, letter have been addressed, and I am able to represent Plaintiffs going forward. I have implemented additional safeguards to ensure that all future filings comply fully with the Federal Rules and the Court's directives.

  For these reasons, Plaintiffs respectfully request that the Court (1) grant a brief extension of the January 30, 2026, deadline Nunc pro tunc and (2) grant leave to file the enclosed Third Amended Civil Complaint.

Respectfully,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.

CC: All attorneys of record via ECF.

 347-342-7432   tblackburn@tablackburnlaw.com    TABlackburnlaw.com