**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC HILDEBRANDT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIPARADIGM LLC; HEALTH LYNKS, LLC; AZIZ SAAD; CHRIS WEIDMAN; JOHN and JANE DOES 1-10; and ABC CORPS. 1-10; <br><br> Defendants. | Civil Action No.: 2:23-cv-21835-JKS-LDW <br><br> ***Document Electronically Filed*** <br><br><br> **MOTION DATE: APRIL 20, 2026** |

**CERTIFICATION OF JOSEPH P. FITENI IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' "LETTER-MOTION"
FOR RECONSIDERATION**

I, Joseph P. Fiteni, Esq., herby certify as follows:

1.      I am a partner with the law firm of Donnelly Kelly Blackwell & Galligan, LLC, attorneys for Defendants Health Lynks, LLC SiParadigm Diagnostics Informatics, Aziz Saad and Chris Weidman (hereinafter, collectively, "Defendants"). I am over the age of eighteen years. As counsel for Defendants, I am familiar with the pleadings, facts and circumstances in this action.

2.      This Certification is submitted to the Court in support of the Defendants' Opposition to Plaintiffs' "Letter-Motion" for Reconsideration.

1

3.     Attached hereto as Exhibit "1" is a true and accurate copy of the transcript of deposition of Tyrone Blackburn, Esq., dated March 6, 2026, taken in the *Joseph Cartagena v. Terrance Dixon, et al.*, S.D.N.Y. Case No. 1:25-cv-03552.

4.     Attached hereto as Exhibit "2" is a true and accurate copy of an email from T. Blackburn to J. Fiteni, dated January 29, 2026.

5.     Attached hereto as Exhibit "3" is a true and accurate copy of a letter from Tyrone Blackbrun, Esq. to the Hon. Vijyant Pawar, J.S.C., Superior Court of New Jersey, in *Osso v. siParadigm Diagnotics Informatics,* Docket No. MRS-L-940-24.

6.     Attached hereto as Exhibit "4" is a true and accurate copy of a Memorandum of Law filed by Tyrone Blackburn, Esq., on behalf of plaintiff, on January 27, 2026, in *Emma Bengasbia v. BlackRock Inc., et al.*, S.D.N.Y. Case. No. 1:25-cv-00549.

7.     Attached hereto as Exhibit "5" is a true and accurate copy of the docket report for in *Melvin Moore p/k/a 4Rest v. Chloe Bailey, et al.*, S.D.N.Y. Case No. 1:25-cv-01472, confirming Tyrone Blackburn, Esq. appeared for a teleconference before Magistrate Judge Sarah L. Cave on January 29, 2026.

I hereby certify and declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 6th day of April 2026 in Morristown, New Jersey.

/s/ Joseph P. Fiteni
Joseph P. Fiteni