# EXHIBIT "2"

## Joseph Fiteni

**From:**     Joseph Fiteni
**Sent:**     Thursday, January 29, 2026 2:28 PM
**To:**       Tyrone Blackburn
**Cc:**       Jason Meisner
**Subject:**  RE: Consent for brief Adjournment

Tyrone-

It is difficult to know how to respond to this inquiry. You represented to several courts that you were taking a "leave of absence" from the practice of law and transitioning to new representation for "all of your clients", specifically identifying the federal court action against Health Lynks / siParadigm as one in which new counsel would appear (and indeed, that representation is specifically referenced in the Court's last order & opinion). Accordingly, it is unclear if you are making this request on your own behalf or on behalf of successor counsel. Nevertheless, I will confer with my client, but may not have a response for you before the return date and deadline at issue given the last-minute request.

Regards,

Joe Fiteni


Joseph P. Fiteni

Donnelly Minter & Kelly, LLC

163 Madison Avenue, Suite 320

Morristown, New Jersey 07960

P 973.200.6389

jfiteni@dmklawgroup.com

www.dmklawgroup.com



DONNELLY MINTER & KELLY, LLC

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Thursday, January 29, 2026 1:42 PM

**To:** Joseph Fiteni <jfiteni@dmklawgroup.com>
**Subject:** Consent for brief Adjournment

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

I recently had a medical procedure and the recovery process has been slow and difficult.  I need to adjourn the return date for the motion to dismiss the Osso matter by one motion calendar date. I also would need a 14 day extension to file the amended complaint in the federal siParadigm action.

Regards,

Tyrone A. Blackburn, Esq. T. A. Blackburn Law, PLLC. Office: (347) 342-7432 Email: tblackburn@tablackburnlaw.com Web: www.tablackburnlaw.com The Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, covers this electronic mail message. The information transmitted by this e-mail is intended only for the addressee and may contain confidential and / or privileged material. Any interception, review, retransmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact me immediately (by return email, by phone at 347.342.7432), and delete the communication from any computer or network system.