# EXHIBIT "3"



# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

_____
MEMBER OF
NY & NJ BAR

_____
FEDERAL MEMBERSHIP
WDNY, NDNY, EDNY, SDNY, ILND &
DNJ

_____
1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

January 29, 2026

**Via ECF**

The Honorable Vijayant Pawar, J.S.C.
Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets, PO Box 910, 2nd Floor
Morristown, New Jersey 07960

Re:   Osso Robert v. Siparadigm Diagnostics Inform.
Docket No.: MRS-L-000940-24
First Request for Adjournment of Motion Return Date

Dear Judge Pawar:

I am counsel for Plaintiff in the above-captioned matter. I respectfully write to request that the Court adjourn the motion return date currently scheduled for January 30, 2026, by one motion calendar. This is the first request for an adjournment of this motion.

The basis for this request is that this writer recently underwent a medical procedure, which has made it difficult to prepare and file a timely opposition to the pending motion. The recovery period has temporarily limited my ability to devote the necessary time and attention required to adequately respond to the motion on behalf of my client.

No prejudice will result to any party from this brief delay, and the interests of justice will be served by permitting adequate time to prepare a proper opposition.

I respectfully request that the Court grant this application and adjourn the motion return date by one motion calendar. Thank you for the court's consideration of this request.

Respectfully Submitted,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsel of record.

 347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com